In the Matter of VICTOR BALACEK, Appellant, against BOARD OF TRUSTEES OF THE FIRE DEPARTMENT PENSION FUND & RELATED FUNDS OF THE CITY OF NEW YORK et al., Respondents.

Argued April 21, 1942; decided May 28, 1942.

*Austin B. Mandel* for appellant.

*William C. Chanler, Corporation Counsel (Charles F. Murphy, Paxton Blair* and *George G. Gallantz* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.